IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| DISPLAY TECHNOLOGIES, LLC, | § § | |
| Plaintiff, | § § | Case No: 1:19-cv-04282-LDH-VMS |
| vs. | § § | PATENT CASE |
| PYLE PRO AUDIO CORP., | § § | |
| Defendant. | § § § | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Whereas an Answer has not been served, Plaintiff Display Technologies, LLC hereby files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Accordingly, Display Technologies LLC hereby voluntarily dismisses this action against Pyle Pro Audio Corp, without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: September 5, 2019            Respectfully submitted,

/s/ Gerard F. Dunne
**Gerard F. Dunne**
Law Office of Gerard F. Dunne, P.C.
41 Union Square
Suite 1125
New York, NY 10003
(212) 645-2410
Fax: 212-645-2435
Email: jerry.dunne@dunnelaw.net

**ATTORNEYS FOR PLAINTIFF**